IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | MJ 18-32-BLG-TJC |
|---|---|
| Plaintiff, | |
| vs. | **ORDER VACATING PRELIMINARY HEARING** |
| JORGE LUIS MENDEZ-SANCHEZ, | |
| Defendant. | |

Defendant has filed a Motion to Vacate the Preliminary Hearing. (Doc. 11.) Accordingly, IT IS HEREBY ORDERED that the Preliminary Hearing currently set for July 17, 2018 at 2:30 p.m. is VACATED.

DATED this 16th day of July, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge